IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DEVARRION NOWELL, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 2:21-cv-992-GMB

**FELDER SERVICES, LLC**     **DEFENDANT**

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Devarrion Nowell and Defendant Felder Services, LLC, by and through their respective undersigned counsel, and for their Joint Stipulation of Dismissal, state as follows:

1. Plaintiff Devarrion Nowell desires to dismiss his case in its entirety.

2. Because no other Plaintiffs have joined this case, the collective cannot be sustained and representative claims must also be dismissed.

3. In accordance with Rule 41(a)(2) of the Fed. R. Civ. P., the parties hereby stipulate to dismissal without prejudice.

Respectfully submitted,

**DEVARRION NOWELL, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Courtney Lowery*
Courtney Lowery
Ala. Bar No. 4047-v46j
courtney@sanfordlawfirm.com

and **FELDER SERVICES, LLC, DEFENDANT**

CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

*/s/ Brett Adair*
Brett Adair
Ala. Bar No.
badair@carrallison.com

Daniel Harris
Ala. Bar No.
dharris@carrallison.com